STATE OF NEW JERSEY v. WELDON WILKINS.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. BARTLEY.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST Q. SMITH.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER KLEIN.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ISMAEL GARCIA,
A/K/A HERNANDEZ.

January 12, 1988.

Petition for certification denied.